IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CLIVE T. ROUNDY and KRISTINE M. ROUNDY,<br><br>           Plaintiffs,<br><br>vs.<br><br>ZIONS BANCORPORATION, et al.,<br><br>           Defendants. | ORDER<br><br>AND<br><br>MEMORANDUM DECISION<br><br>Case No. 2:13-CV-1053-TC |

   The Defendants have filed a motion to dismiss the claims of pro se Plaintiffs Clive and Kristine Roundy.  (See Docket No. 7.)  The Defendants have also filed a motion seeking sanctions against the Plaintiffs.  (See Docket No. 17.)

   The court has carefully reviewed the briefs and supporting material, as well as the relevant legal authority supporting the motion to dismiss.  For the reasons set forth in the Defendants' Motion and Memorandum To Dismiss With Prejudice (Docket No. 7) and the Defendants' Reply (Docket No. 16), the motion to dismiss is GRANTED.

   The court has also reviewed the Defendants' Motion and Memorandum for Sanctions against the Plaintiffs (Docket No. 17).  The court declines to impose sanctions, so the motion is DENIED.  But if either Plaintiff files anything further in the District of Utah related to the matters in this case, the court will reconsider its decision on sanctions.

   The Plaintiff's motion to consider the Defendants' motion to dismiss as a motion for

summary judgment (Docket No. 18) is DENIED AS MOOT.

SO ORDERED this 24th day of February, 2014.

                              BY THE COURT:

                              *Tena Campbell*

                              TENA CAMPBELL
                              U.S. District Court Judge